UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10968 |
| JASON C. ADAMS, | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |
| WILBUR (BILL) BABIN, TRUSTEE, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | ADV. NO. 24-01019 |
| JAMES PAUL ADAMS, JR. AND LYDIA G. ADAMS, | § § § | |
| DEFENDANTS. | § § | |

**ORDER**

The Court held a hearing on December 23, 2025.

For the reasons stated on the record,

**IT IS ORDERED** *sua sponte* that all pre-trial deadlines and activities are **IMMEDIATELY STAYED** pending further Order of this Court.

**IT IS FURTHER ORDERED** that Counsel for the Plaintiff shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's

CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 23, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE