IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-10968 |
| | * | |
| JASON C. ADAMS | * | CHAPTER 7 |
| | * | |
| DEBTOR | * | |
| | * | SECTION "A" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| WILBUR J. "BILL" BABIN, JR., | * | |
| CHAPTER 7 TRUSTEE | * | |
| | * | |
| PLAINTIFF | * | |
| | * | ADV. CASE NO. 24-01019 |
| VERSUS | * | |
| | * | |
| JAMES PAUL ADAMS, JR. AND | * | |
| LYDIA GIANCONTIERI ADAMS | * | |
| | * | |
| DEFENDANTS | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

# FILED UNDER SEAL